UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALA GOLDEN STATE LIMITED LIABILITY COMPANY, as an entity, and doing business as "Taco Bell #2223 and Does 1-10, inclusive,<br><br>　　　　Defendants. | No. 1:15-CV-1348-LJO-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS**<br><br>**(ECF NO. 4)** |

On October 22, 2015, Plaintiff, Cynthia Hopson notified the Court that the matter has settled in its entirety. In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 45 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

Failure to comply with this Order may be grounds for the imposition of sanctions against anyone who contributes to its violation.

1

1  ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY
2  VACATED.

3
4  IT IS SO ORDERED.

5  Dated:  December 2, 2015          /s/ *Michael J. Seng*
6                                    UNITED STATES MAGISTRATE JUDGE