1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    CYNTHIA HOPSON,                              No. 1:15-CV-1348-LJO-MJS

12                    Plaintiff,

13            v.                                    **ORDER RE: DISPOSITIVE DOCUMENTS
                                                    AFTER NOTICE OF SETTLEMENT**
14    CALA GOLDEN STATE LIMITED
      LIABILITY COMPANY, as an entity,
15    and doing business as "Taco Bell
      #2223 and Does 1-10, inclusive,               **DISPOSITIVE DOCUMENTS SHALL BE
16                                                  FILED WITHIN 45 DAYS**
                      Defendants.
17                                                  **(ECF NO. 4)**

18

19            On October 22, 2015, Plaintiff, Cynthia Hopson notified the Court that the matter

20    has settled in its entirety.  In accordance with the provisions of Local Rule 160 (Fed. R.

21    Civ. P. 16), the Court now orders that all dispositive documents be submitted no later

22    than 45 days from the date of this Order. If the parties conclude they cannot comply with

23    this Order within the time allotted, they shall, before expiration of that time, file a request

24    for extension and include therein their reasons for believing the Order cannot be

25    complied with.

26            Failure to comply with this Order may be grounds for the imposition of sanctions

27    against anyone who contributes to its violation.

28

                                                1

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   December 2, 2015                    /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

2