# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA HOPSON,** | 1:15-cv-1348-LJO-MJS |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 7)** |
| v. | |
| **CALA GOLDEN STATE LIMITED LIABILITY CO., et al.,** | |
| **Defendants.** | |

On December 28, 2015, Plaintiff filed a notice of voluntary dismissal of this matter under Fed. R. Civ. P. 41(a)(1). Doc. 7 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendants have not filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing her complaint in its entirety with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **December 29, 2015**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE